IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 3:08-1264-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLIE BELLS, JR. | ) | |
| _____ | ) | |

     This court denied the defendant's motion for a reduction of his sentence which was made pursuant to 18 U.S.C. § 3582 and in light of Amendment 750 to the United States Sentencing Guidelines.

     The defendant has now filed a motion to reconsider this court's denial of his § 3582 motion. As set out in this court's order of January 17, 2012, because the amount of crack cocaine that was attributable to the defendant was in excess of 150 kilograms, Amendment 750 did not have the effect of lowering the guideline range in his case.

     Finding no grounds for disturbing the court's earlier ruling, the motion to reconsider (ECF No. 101) is denied.

     IT IS SO ORDERED.

Joseph F. Anderson, Jr.

March 12, 2012           Joseph F. Anderson, Jr.
Columbia, South Carolina     United States District Judge